IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02345-RBJ

SHELLY KURTZ,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a Target Store #1776,

    Defendant.

---

ORDER REGARDING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

This matter, having come before this Court on the parties' Stipulated Motion to Dismiss with Prejudice, and the Court being adequately advised,

Orders that this matter be and hereby is dismissed with prejudice, each party to bear her/his/its own costs and expenses.

DATED this 8th day of October, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge